THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Patrick
 Percival Bryant, Appellant.
 
 
 

Appeal From Georgetown County
 John L. Breeden, Jr., Circuit Court Judge

Unpublished Opinion No.  2008-UP-457
 Submitted August 1, 2008  Filed August 7,
2008

APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott Office
 of the Attorney General, of Columbia; and Solicitor J. Gregory Hembree, Fifteenth
 Circuit Solicitors Office, of Conway, for Respondent.
 
 
 

PER CURIAM:  Patrick Percival Bryant appeals his conviction and
 sentence for criminal domestic violence
 of a high and aggravated nature, arguing the circuit court erred in admitting a
 police officers testimony that the victim stated she believed Bryant had a
 gun.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Bryants appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
KONDUROS, J., CURETON, A.J., and
 GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.